# EXHIBIT 1

Rimkus Consulting Group, Inc.
8100 S. Akron St., Ste 320
Centennial, CO 80112
(720) 488-8710 Telephone
(720) 488-8670 Facsimile

# Report of Findings

**TIMM CRESCENT COVE LLC HAIL DAMAGE INVESTIGATION**
**Claim No: TIBP992080001001001**

**RCG File No: 01608885**

**Prepared For:**

**BERKSHIRE HATHAWAY GUARD INSURANCE COMPANY**
**16 SOUTH RIVER STREET**
**WILKES-BARRE, PA 18703**

**Attention:**

**MS. MELINDA CHAMPLUVIER**

STATE OF COLORADO ★ T. SCOTT NUNNERY B-3062 ★ LICENSED ARCHITECT

Timothy S Nunnery
Digitally signed by: Timothy S Nunnery
DN: CN = Timothy S Nunnery C = US O = RIMKUS CONSULTING GROUP INC OU = RIMKUS CONSULTING GROUP INC
Date: 2019.01.15 12:35:02 -07'00'

**T. Scott Nunnery, R.A.**
**Architect License B-3062**
**Principal Consultant**

January 15, 2019

## TABLE OF CONTENTS

I. Introduction .......................................................................1

II. Conclusion .......................................................................2

III. Discussion .......................................................................3

- Description
- Observations
- Weather Data
- Analysis
- Repair Recommendations

IV. Basis of Report .......................................................................58

V. Attachments .......................................................................60

A. Photographs

B. Estimate of Repair

C. Curriculum Vitae

## Section I
## INTRODUCTION

Representatives of Timm Crescent Cove LLC (the Owner) reported hail damage to the laminated asphalt-composition shingle roof coverings of the buildings at the Crescent Cove Apartments community that were attributable to a hailstorm that occurred on or around July 29, 2018 (the Storm). The Crescent Cove Apartments community was located at the northeast corner of 34th Street and 29th Avenue in Evans, Colorado (the Property).

Rimkus Consulting Group, Inc. (Rimkus) was retained to determine if hailstone impact damage to the roof coverings was present and to provide an estimate for repair if hailstone impact damage was present. This report was reviewed by William T. Templeton, Senior Consultant.

This report was prepared for the exclusive use of Berkshire Hathaway Guard Insurance Company and was not intended for any other purpose. Our report was based on the information available to us at this time, as described in the **Basis of Report**. Should additional information become available, we reserve the right to determine the impact, if any, the new information may have on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted.

## Section II
## CONCLUSIONS

1. Impact damage caused by hailstones attributable to the Storm was present to varying extents on the roof coverings of the buildings throughout the Property.
2. **Table 4,** at the end of the **Analysis** section of this report, summarizes the observed damage and repair recommendations on the roof slopes and per-building basis.
3. Repair recommendations are provided after the **Analysis** section of this report.

# Section III
# DISCUSSION

## Description

Crescent Cove Apartments included 18 two-story and 2 three-story multi-family buildings, 6 single-story, detached garages, 1 clubhouse building, and 1 park shelter and utility shed. The residential buildings were generally located with their two separate entranceways facing central parking areas. The central parking areas had separate garage buildings in their center. For simplicity, Rimkus assigned each building a number, as shown in **Table 1,** as well as **Figure 1**. According to Weld County property records, the buildings in Crescent Cove Apartments were constructed between 1999 and 2014.

| Building Number | Address | Year Built | Building Number | Address | Year Built |
|---|---|---|---|---|---|
| 1 | 2820 Crescent Cove Drive | 2003 | 15 | Garage | 2003 |
| 2 | 2830 Crescent Cove Drive | 2003 | 16 | 2515 Crescent Cove Drive | 1999 |
| 3 | Garage | 2014 | 17 | 2540 Crescent Cove Drive | 2003 |
| 4 | 2800 Crescent Cove Drive | 2003 | 18 | 2550 Crescent Cove Drive | 1999 |
| 5 | 2810 Crescent Cove Drive | 2003 | 19 | 2560 Crescent Cove Drive | 1999 |
| 6 | 2720 Crescent Cove Drive | 2000 | 20 | Garage | 2014 |
| 7 | 2710 Crescent Cove Drive | 2000 | 21 | 2520 Crescent Cove Drive | 1999 |
| 8 | Garage | 2003 | 22 | 2530 Crescent Cove Drive | 1999 |
| 9 | 2700 Crescent Cove Drive | 2000 | 23 | 2510 Crescent Cove Drive | 1999 |
| 10 | 2630 Crescent Cove Drive | 2000 | 24 | Garage | 2003 |
| 11 | Garage | 2000 | 25 | 2500 Crescent Cove Drive | 1999 |
| 12 | 2610 Crescent Cove Drive | 2000 | Shelter | - | - |
| 13 | 2600 Crescent Cove Drive | 2000 | Utility Shed | - | - |
| 14 | 2525 Crescent Cove Drive | 1999 | - | - | - |

**Table 1** - Addresses and Corresponding Building Numbers with Year Built




**Figure 1** - Aerial view of Crescent Cove Apartments

The roofs of the buildings consisted of Dutch-gable main roof forms with stepped perpendicular dormers. The exterior walls were finished with a combination of brick veneer and Dutch-lap vinyl siding. The roof edge fascia was trimmed in factory-finished aluminum panels, and the roof overhang soffits were finished with perforated aluminum soffit panels. The two-story and three-story buildings were similar in shape and appearance (**Photographs 1 and 2**). The garage buildings were similar in appearance to the residential buildings, with one portion having dormers and the other portion having none (**Photographs 3 and 4**). As is typical with multi-building residential developments, buildings within the Property shared geometries and sizes. Specifically:

- Buildings 1, 2, 4, and 5 shared the same roof geometry and size.
- Buildings 6 and 7 shared the same roof geometry and size.
- Buildings 3 and 8 shared the same roof geometry and size.

- Buildings 9 and 10 shared the same roof geometry and size.
- Buildings 12, 13, 14, 16, 18, 19, 21, 22, 23, and 25 shared the same roof geometry and size.
- Buildings 11 and 20 shared the same roof geometry and size.
- Buildings 15 and 24 shared the same roof geometry and size.

**Observations**

Rimkus conducted inspections of the roof coverings of the 27 buildings and structures at the Property on November 1, 2, and 15, 2018, and on December 11, 2018 (the Inspections). The Inspections were completed approximately four months after the Storm had occurred. **Photographs 1 through 28** and descriptions of the observed conditions described below are representative and are not intended to include all conditions that may have existed. The observations from the Inspections included the following:

- The main roof slopes had pitches that measured approximately 4 units vertical to 12 units horizontal (4:12), and the pitches of the dormer roofs measured approximately 5:12.
- Test areas were created on roof slopes facing the four cardinal directions as allowed at each building. Test areas were chosen for their open exposure to the sky, and areas that were shaded by foliage were avoided. The size of the test areas varied according to the sizes of the available roof slope areas. A summation of the number of marks per test square and the largest size of the marks that were present are provided in **Table 4,** at the end of the Analysis section of this report.
- The field portions of the shingles throughout the Property typically had generalized granule loss (**Photograph 5**). The drip and vertical edges of the shingle laminations were typically intact and did not have generalized granule

loss. There were irregularly shaped and linearly shaped tears, protruding or exposed nail heads, and manufacturing defects present at multiple locations throughout the Property. A description of the manufacturing defects is provided in the **Analysis** section of this report.

- The shingle mats at all observed circular-shaped areas of granule loss were bruised. The color of the exposed mats at those locations was generally a medium gray.

- There were two layers of laminated asphalt shingles on all buildings.

- A portion of the residential buildings had prefinished metal roof-top box vents (**Photograph 6**), and the other portion had continuous ridge vents (**Photograph 7**). A portion of the residential buildings had prefinished metal roof-top exhaust termination caps (**Photograph 8**). There were painted common polyvinylchloride plumbing vents and roof jacks at all residential buildings. There were no roof-top mechanical flues at the Property.

- A portion of the buildings had open valleys with metal flashing (**Photograph 9**). The other portion had closed valleys (**Photograph 10**).

- There were circular-shaped indentations in the gutters throughout the Property (**Photograph 11**).

Building 1 (Two-story Residential):

- For the purposes of this report, the main entrances of the building faced east toward the parking lot and had a main ridgeline that extended in a north/south orientation.

- Within a 10-foot by 10-foot test area on a north-facing slope, the following was observed:

- There were two circular-shaped areas of granule loss that measured as large as 1 1/4 inches in diameter (**Photograph 12**).

- Within a 10-foot by 10-foot test area on an east-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.
- Within a 10-foot by 10-foot test area on a south-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.
- Within a 10-foot by 10-foot test area on a west-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.
- There were circular-shaped areas of granule loss and tears as large as 1 1/4 inches in diameter present on the ridge shingles (**Photograph 13**).
- The surfaces of all 32 prefinished metal roof-top box vents were oxidized. There were faded spatter marks as large as 3/4 inch in diameter on the metal roof-top box vents, including one that coincided with an indentation as large as 3/4 inch in diameter (**Photograph 14**).
- There were indentations as large as 3/4 inch in diameter on the exposed metal valley flashing. There were no visible spatter marks on the valley flashing (**Photograph 15**).

Building 2 (Two-story Residential):

- For the purposes of this report, the main entrances of the building faced east toward the parking lot and had a main ridgeline that extended in a north/south orientation.

- Within a 10-foot by 10-foot test area on a north-facing slope, the following was observed:
    - There were no circular-shaped areas of granule loss present.
- Within a 10-foot by 10-foot test area on an east-facing slope, the following was observed:
    - There were no circular-shaped areas of granule loss present.
- Within a 10-foot by 10-foot test area on a south-facing slope, the following was observed:
    - There were no circular-shaped areas of granule loss present.
- Within a 10-foot by 10-foot test area on a west-facing slope, the following was observed:
    - There were no circular-shaped areas of granule loss present.
- There were circular-shaped areas of granule loss as large as 1 1/4 inches in diameter present on the ridge and hip shingles.
- There were indentations as large as 3/4 inch in diameter on the 32 metal roof-top box vents. There were no visible spatter marks on the box vents.
- There were indentations as large as 3/4 inch in diameter on the exposed metal valley flashing. There were no visible spatter marks on the valley flashing.

Building 3 (Garage):

- For the purposes of this report, the main ridgeline extended in a north/south orientation.
- Within a 5-foot by 5-foot test area on a north-facing slope, the following was observed:

    - There were eight circular-shaped areas of granule loss present that measured as large as 1 1/4 inches in diameter.

- Within a 10-foot by 10-foot test area on an east-facing slope, the following was observed:
    - There were 43 circular-shaped areas of granule loss present that measured as large as 1 1/4 inches in diameter (**Photograph 16**).
- Within a 5-foot by 5-foot test area on a south-facing slope, the following was observed:
    - There were 11 circular-shaped areas of granule loss present that measured as large as 1 1/4 inches in diameter (**Photograph 17**).
- Within a 10-foot by 10-foot test area on a west-facing slope, the following was observed:
    - There were 16 circular-shaped areas of granule loss present that measured as large as 1 1/4 inches in diameter.
- There were circular-shaped areas of granule loss as large as 1 1/4 inches in diameter present on the ridge and hip shingles.
- This building had closed valleys and no roof top vents or ridge vents.

Building 4 (Two-story Residential):

- For the purposes of this report, the main entrances of the building faced west toward the parking lot and had a main ridgeline that extended in a north/south orientation.
- Within a 10-foot by 10-foot test area on a north-facing slope, the following was observed:

  - There were no circular-shaped areas of granule loss present.

- Within a 10-foot by 10-foot test area on an east-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.

- Within a 10-foot by 10-foot test area on a south-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.

- Within a 10-foot by 10-foot test area on a west-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.

- There were circular-shaped areas of granule loss as large as 1 1/4 inches in diameter present on the ridge and hip shingles.

- There were indentations as large as 3/4 inch in diameter on the 50 metal roof-top box vents. There were no visible spatter marks on the box vents.

- There were indentations as large as 3/4 inch in diameter on the exposed metal valley flashing. There were no visible spatter marks on the valley flashing.

Building 5 (Two-story Residential):

- For the purposes of this report, the main entrances of the building faced west toward the parking lot and had a main ridgeline that extended in a north/south orientation.

- Within a 10-foot by 10-foot test area on a north-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.

- Within a 10-foot by 10-foot test area on an east-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.
- Within a 10-foot by 10-foot test area on a south-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.
- Within a 10-foot by 10-foot test area on a west-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.
- There were circular-shaped areas of granule loss as large as 1 1/4 inches in diameter present on the ridge and hip shingles.
- There were indentations as large as 3/4 inch in diameter on the 32 metal roof-top box vents. There were no visible spatter marks on the box vents.
- There were indentations as large as 3/4 inch in diameter on the exposed metal valley flashing. There were no visible spatter marks on the valley flashing.

Building 6 (Two-story Residential):

- For the purposes of this report, the main entrances of the building faced east toward the parking lot and had a main ridgeline that extended in a north/south orientation.
- Within a 10-foot by 10-foot test area on a north-facing slope, the following was observed:
  - There were six circular-shaped areas of granule loss that measured as large as 1 1/4 inches in diameter (**Photograph 18**).

- Within a 10-foot by 10-foot test area on an east-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.
- Within a 10-foot by 10-foot test area on a south-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.
- Within a 10-foot by 10-foot test area on a west-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.
- There were circular-shaped areas of granule loss as large as 1 1/4 inches in diameter present on the ridge and hip shingles.
- There were indentations as large as 3/4 inch in diameter on the 39 metal roof-top box vents. There were no visible spatter marks on the box vents.
- There were indentations as large as 3/4 inch in diameter on the exposed metal valley flashing. There were no visible spatter marks on the valley flashing.

Building 7 (Two-story Residential):

- For the purposes of this report, the main entrances of the building faced east toward the parking lot and had a main ridgeline that extended in a north/south orientation.
- Within a 10-foot by 10-foot test area on a north-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.

- Within a 10-foot by 10-foot test area on an east-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.
- Within a 10-foot by 10-foot test area on a south-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.
- Within a 10-foot by 10-foot test area on a west-facing slope, the following was observed:
  - There was one circular-shaped area of granule loss that measured as large as 1 1/4 inches in diameter.
- There were circular-shaped areas of granule loss as large as 1 1/4 inches in diameter present on the ridge and hip shingles.
- There were indentations as large as 3/4 inch in diameter on the 36 metal roof-top box vents. There were no visible spatter marks on the box vents.
- There were indentations as large as 3/4 inch in diameter on the exposed metal valley flashing. There were no visible spatter marks on the valley flashing.

Building 8 (Garage):

- For the purposes of this report, the main ridgeline extended in a north/south orientation.
- Within a 5-foot by 5-foot test area on a north-facing slope, the following was observed:
  - There were seven circular-shaped areas of granule loss present that measured as large as 1 1/4 inches in diameter.

- Within a 10-foot by 10-foot test area on an east-facing slope, the following was observed:
    - There were 21 circular-shaped areas of granule loss present that measured as large as 1 1/4 inches in diameter.
- Within a 5-foot by 5-foot test area on a south-facing slope, the following was observed:
    - There were three circular-shaped areas of granule loss present that measured as large as 1 1/4 inches in diameter.
- Within a 10-foot by 10-foot test area on a west-facing slope, the following was observed:
    - There were 21 circular-shaped areas of granule loss present that measured as large as 1 1/4 inches in diameter.
- There were circular-shaped areas of granule loss as large as 1 1/4 inches in diameter present on the ridge and hip shingles.

Building 9 (Three-story Residential):

- For the purposes of this report, the main entrances of the building faced west toward the parking lot and had a main ridgeline that extended in a north/south orientation.
- Within a 10-foot by 10-foot test area on a north-facing slope, the following was observed:
    - There were two circular-shaped areas of granule loss that measured as large as 1 1/4 inches in diameter.
- Within a 10-foot by 10-foot test area on an east-facing slope, the following was observed:

  - There were no circular-shaped areas of granule loss present.

- Within a 10-foot by 10-foot test area on a south-facing slope, the following was observed:

  - There were no circular-shaped areas of granule loss present.

- Within a 10-foot by 10-foot test area on a west-facing slope, the following was observed:

  - There were no circular-shaped areas of granule loss present.

- There were circular-shaped areas of granule loss as large as 1 1/2 inches in diameter present on the ridge and hip shingles.

- There were indentations as large as 3/4 inch in diameter on the 44 metal roof-top box vents. There were no visible spatter marks on the box vents.

- There were indentations as large as 3/4 inch in diameter on the exposed metal valley flashing. There were no visible spatter marks on the valley flashing.

Building 10 (Three-story Residential):

- For the purposes of this report, the main entrances of the building faced east toward the parking lot and had a main ridgeline that extended in a north/south orientation.

- Within a 10-foot by 10-foot test area on a north-facing slope, the following was observed:

  - There were two circular-shaped areas of granule loss that measured as large as 1 1/2 inches in diameter.

- Within a 10-foot by 10-foot test area on an east-facing slope, the following was observed:

  - There were eight circular-shaped areas of granule loss that measured as large as 1 1/4 inches in diameter.

- Within a 10-foot by 10-foot test area on a south-facing slope, the following was observed:

  - There were no circular-shaped areas of granule loss present.

- Within a 10-foot by 10-foot test area on a west-facing slope, the following was observed:

  - There were two circular-shaped areas of granule loss that measured as large as 1 1/4 inches in diameter.

- There were circular-shaped areas of granule loss as large as 1 1/4 inches in diameter present on the ridge and hip shingles.

Building 11 (Garage):

- For the purposes of this report, the main ridgeline extended in a north/south orientation. This building had only two roof slopes and had no dormer roof forms. The north- and south-facing slopes were measured at the Dutch-hipped ends of the building.

- Within a 5-foot by 5-foot test area on a north-facing slope, the following was observed:

  - There were no circular-shaped areas of granule loss present.

- Within a 10-foot by 10-foot test area on the east-facing slope, the following was observed:

  - There were no circular-shaped areas of granule loss present.

- Within a 5-foot by 5-foot test area on a south-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.
- Within a 10-foot by 10-foot test area on the west-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.
- There were circular-shaped areas of granule loss as large as 1 1/4 inches in diameter present on the ridge and hip shingles.

Building 12 (Two-story Residential):

- For the purposes of this report, the main entrances of the building faced west toward the parking lot and had a main ridgeline that extended in a north/south orientation.
- Within a 5-foot by 5-foot test area on a north-facing slope, the following was observed:
  - There was one circular-shaped area of granule loss that measured as large as 1 1/4 inches in diameter.
- Within a 10-foot by 10-foot test area on an east-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.
- Within a 5-foot by 5-foot test area on a south-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.

- Within a 10-foot by 10-foot test area on a west-facing slope, the following was observed:
  - There was one circular-shaped area of granule loss that measured as large as 1 1/4 inches in diameter.
- There were circular-shaped areas of granule loss as large as 1 1/4 inches in diameter present on the ridge and hip shingles.
- There were indentations as large as 3/4 inch in diameter on the 26 metal roof-top box vents. There were no visible spatter marks on the box vents.
- There were indentations as large as 3/4 inch in diameter on the exposed metal valley flashing. There were no visible spatter marks on the valley flashing

Building 13 (Two-story Residential):

- For the purposes of this report, the main entrances of the building faced west toward the parking lot and had a main ridgeline that extended in a north/south orientation.
- Within a 5-foot by 5-foot test area on a north-facing slope, the following was observed:
  - There was one circular-shaped area of granule loss that measured as large as 1 1/4 inches in diameter.
- Within a 10-foot by 10-foot test area on an east-facing slope, the following was observed:
  - There was one circular-shaped area of granule loss that measured as large as 1 1/4 inches in diameter.
- Within a 5-foot by 5-foot test area on a south-facing slope, the following was observed:

  - There were no circular-shaped areas of granule loss present.

- Within a 10-foot by 10-foot test area on a west-facing slope, the following was observed:

  - There were no circular-shaped areas of granule loss present.

- There were circular-shaped areas of granule loss as large as 1 1/4 inches in diameter present on the ridge and hip shingles.

- There were indentations as large as 3/4 inch in diameter on the 26 metal roof-top box vents. There were no visible spatter marks on the box vents.

- There were indentations as large as 3/4 inch in diameter on the exposed metal valley flashing. There were no visible spatter marks on the valley flashing.

Building 14 (Two-story Residential):

- For the purposes of this report, the main entrances of the building faced east toward the parking lot and had a main ridgeline that extended in a north/south orientation.

- Within a 5-foot by 5-foot test area on a north-facing slope, the following was observed:

  - There were two circular-shaped areas of granule loss that measured as large as 1 1/4 inches in diameter.

- Within a 10-foot by 10-foot test area on an east-facing slope, the following was observed:

  - There was one circular-shaped area of granule loss that measured as large as 1 1/4 inches in diameter.

- Within a 5-foot by 5-foot test area on a south-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.
- Within a 10-foot by 10-foot test area on a west-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.
- There were circular-shaped areas of granule loss as large as 1 1/4 inches in diameter present on the ridge and hip shingles.
- There were indentations as large as 3/4 inch in diameter on the 28 metal roof-top box vents. There were no visible spatter marks on the box vents.
- There were indentations as large as 3/4 inch in diameter on the exposed metal valley flashing. There were no visible spatter marks on the valley flashing.

Building 15 (Garage):

- For the purposes of this report, the main ridgeline extended in a north/south orientation. This building had only two roof slopes and had no dormer roof forms. The north- and south-facing slopes were measured at the Dutch-hipped ends of the building.
- Within a 5-foot by 5-foot test area on a north-facing slope, the following was observed:
  - There was one circular-shaped area of granule loss that measured as large as 1 1/4 inches in diameter.
- Within a 10-foot by 10-foot test area on the east-facing slope, the following was observed:

  - There were no circular-shaped areas of granule loss present.

- Within a 5-foot by 5-foot test area on a south-facing slope, the following was observed:

  - There were no circular-shaped areas of granule loss present.

- Within a 10-foot by 10-foot test area on the west-facing slope, the following was observed:

  - There were no circular-shaped areas of granule loss present.

- There were shade differences in the color of the shingles on both the north- and south-facing roof slopes (**Photograph 19**).

- There were circular-shaped areas of granule loss as large as 1 1/4 inches in diameter present on the ridge and hip shingles.

- There were multiple rocks as large as 3 inches in diameter lying on the roof.

Building 16 (Two-story Residential):

- For the purposes of this report, the main entrances of the building faced west toward the parking lot and had a main ridgeline that extended in a north/south orientation.

- Within a 5-foot by 5-foot test area on a north-facing slope, the following was observed:

  - There were no circular-shaped areas of granule loss present.

- Within a 10-foot by 10-foot test area on an east-facing slope, the following was observed:

  - There were no circular-shaped areas of granule loss present.

- Within a 5-foot by 5-foot test area on a south-facing slope, the following was observed:
    - There were no circular-shaped areas of granule loss present.
- Within a 10-foot by 10-foot test area on a west-facing slope, the following was observed:
    - There were no circular-shaped areas of granule loss present.
- There were circular-shaped areas of granule loss as large as 1 1/4 inches in diameter present on the ridge and hip shingles.
- There were indentations as large as 3/4 inch in diameter on the 29 metal roof-top box vents. There were no visible spatter marks on the box vents.
- There were indentations as large as 3/4 inch in diameter on the exposed metal valley flashing. There were no visible spatter marks on the valley flashing.

Building 17 (Clubhouse):

- For the purposes of this report, the main entrance of the building faced south toward a parking lot. The roof form was a four-sided pyramid shape with a pyramidal-shaped skylight at the peak.
- There were no cracks or chips in the skylight (**Photograph 20**).
- Within a 10-foot by 10-foot test area on a north-facing slope, the following was observed:
    - There were six circular-shaped areas of granule loss that measured as large as 1 1/4 inches in diameter (**Photograph 21**).
- Within a 10-foot by 10-foot test area on an east-facing slope, the following was observed:

- There were no circular-shaped areas of granule loss present.

- Within a 10-foot by 10-foot test area on a south-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.
- Within a 10-foot by 10-foot test area on a west-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.
- There were circular-shaped areas of granule loss as large as 1 1/4 inches in diameter present on the hip shingles (**Photograph 22**).
- There were indentations as large as 3/4 inch in diameter on the metal roof-top mechanical flue caps. The aluminum flues and flue caps had no visible spatter marks.
- There were indentations as large as 3/4 inch in diameter on the exposed metal valley flashing. There were no visible spatter marks on the valley flashing (**Photograph 23**).

Shelter and Storage Shed:

- The shelter was open on all sides below the roof. The roof form of the shelter was a four-sided pyramid shape (**Photograph 24**). The shed had a single-slope roof (**Photograph 25**).
- Within a 5-foot by 5-foot test area on a north-facing slope of the shelter, the following was observed:
  - There were two circular-shaped areas of granule loss that measured as large as 1 inch in diameter.

- Within a 5-foot by 5-foot test area on an east-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.
- Within a 5-foot by 5-foot test area on a south-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.
- Within a 5-foot by 5-foot test area on a west-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.
- There were circular-shaped areas of granule loss as large as 1 1/4 inches in diameter present on the hip shingles of the shelter (**Photograph 26**).
- There were no circular-shaped areas of granule loss on the sloped roof of the storage shed.

Building 18 (Two-story Residential):

- For the purposes of this report, the main entrances of the building faced east toward the parking lot and had a main ridgeline that extended in a north/south orientation.
- Within a 10-foot by 10-foot test area on a north-facing slope, the following was observed:
  - There were two circular-shaped areas of granule loss that measured as large as 1 1/4 inches in diameter.
- Within a 10-foot by 10-foot test area on an east-facing slope, the following was observed:

- There were 11 circular-shaped areas of granule loss that measured as large as 1 1/4 inches in diameter.

- Within a 10-foot by 10-foot test area on a south-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.

- Within a 10-foot by 10-foot test area on a west-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.

- There were circular-shaped areas of granule loss as large as 1 1/4 inches in diameter present on the ridge and hip shingles.

- There were no rooftop box vents. There was a continuous ridge vent (**Photograph 27**).

- The valleys were closed. There was no exposed metal valley flashing.

Building 19 (Two-story Residential):

- For the purposes of this report, the main entrances of the building faced east toward the parking lot and had a main ridgeline that extended in a north/south orientation.

- Within a 10-foot by 10-foot test area on a north-facing slope, the following was observed:
  - There were four circular-shaped areas of granule loss that measured as large as 1 1/4 inches in diameter.

- Within a 10-foot by 10-foot test area on an east-facing slope, the following was observed:

  - There were 10 circular-shaped areas of granule loss that measured as large as 1 1/4 inches in diameter.

- Within a 10-foot by 10-foot test area on a south-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.
- Within a 10-foot by 10-foot test area on a west-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.
- There were circular-shaped areas of granule loss and tears as large as 1 1/4 inches in diameter present on the ridge and hip shingles.
- There were no rooftop box vents. There was a continuous ridge vent.
- The valleys were closed. There was no exposed metal valley flashing.

Building 20 (Garage):

- For the purposes of this report, the main ridgeline extended in a north/south orientation. This building had only two roof slopes and had no dormer roof forms. The north- and south-facing slopes were measured at the Dutch-hipped ends of the building.
- Within a 5-foot by 5-foot test area on a north-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.
- Within a 10-foot by 10-foot test area on the east-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.

- Within a 5-foot by 5-foot test area on a south-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.
- Within a 10-foot by 10-foot test area on the west-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.
- There were circular-shaped areas of granule loss as large as 1 1/4 inches in diameter present on the ridge and hip shingles.
- There were no valleys, and no mechanical appurtenances. There was a continuous plastic ridge vent system.

Building 21 (Two-story Residential):

- For the purposes of this report, the main entrances of the building faced west toward the parking lot and had a main ridgeline that extended in a north/south orientation.
- Within a 5-foot by 5-foot test area on a north-facing slope, the following was observed:
  - There were four circular-shaped areas of granule loss that measured as large as 1 1/4 inches in diameter.
- Within a 10-foot by 10-foot test area on an east-facing slope, the following was observed:
  - There were three circular-shaped areas of granule loss that measured as large as 1 1/4 inches in diameter.

- Within a 5-foot by 5-foot test area on a south-facing slope, the following was observed:
  - There was one circular-shaped area of granule loss that measured as large as 1 1/4 inches in diameter.
- Within a 10-foot by 10-foot test area on a west-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.
- There were circular-shaped areas of granule loss as large as 1 1/4 inches in diameter present on the ridge and hip shingles.
- There were no rooftop box vents. There was a continuous ridge vent.
- The valleys were closed. There was no exposed metal valley flashing.

Building 22 (Two-story Residential):

- For the purposes of this report, the main entrances of the building faced west toward the parking lot and had a main ridgeline that extended in a north/south orientation.
- Within a 5-foot by 5-foot test area on a north-facing slope, the following was observed:
  - There were three circular-shaped areas of granule loss that measured as large as 1 1/4 inches in diameter.
- Within a 10-foot by 10-foot test area on an east-facing slope, the following was observed:
  - There were four circular-shaped areas of granule loss that measured as large as 1 1/4 inches in diameter (**Photograph 28**).

- Within a 5-foot by 5-foot test area on a south-facing slope, the following was observed:
    - There were two circular-shaped areas of granule loss that measured as large as 1 1/4 inches in diameter.
- Within a 10-foot by 10-foot test area on a west-facing slope, the following was observed:
    - There were no circular-shaped areas of granule loss present.
- There were circular-shaped areas of granule loss as large as 1 1/4 inches in diameter present on the ridge and hip shingles.
- There were no rooftop box vents. There was a continuous ridge vent.
- The valleys were closed. There was no exposed metal valley flashing.

Building 23 (Two-story Residential):

- For the purposes of this report, the main entrances of the building faced north toward the parking lot and had a main ridgeline that extended in an east/west orientation.
- Within a 10-foot by 10-foot test area on a north-facing slope, the following was observed:
    - There were nine circular-shaped areas of granule loss that measured as large as 1 1/4 inches in diameter.
- Within a 5-foot by 5-foot test area on an east-facing slope, the following was observed:
    - There were no circular-shaped areas of granule loss present.

- Within a 10-foot by 10-foot test area on a south-facing slope, the following was observed:
    - There were three circular-shaped areas of granule loss that measured as large as 1 1/4 inches in diameter.
- Within a 5-foot by 5-foot test area on a west-facing slope, the following was observed:
    - There were no circular-shaped areas of granule loss present.
- There were circular-shaped areas of granule loss and tears as large as 1 1/4 inches in diameter present on the ridge and hip shingles.
- There were no rooftop box vents. There was a continuous ridge vent.
- The valleys were closed. There was no exposed metal valley flashing.

Building 24 (Garage):

- For the purposes of this report, the main ridgeline extended in an east/west orientation. This building had only two roof slopes and had no dormer roof forms. The east- and west-facing slopes were measured at the Dutch-hipped ends of the building.
- Within a 10-foot by 10-foot test area on a north-facing slope, the following was observed:
    - There were no circular-shaped areas of granule loss present.
- Within a 5-foot by 5-foot test area on the east-facing slope, the following was observed:
    - There were no circular-shaped areas of granule loss present.

- Within a 10-foot by 10-foot test area on a south-facing slope, the following was observed:
    - There were no circular-shaped areas of granule loss present.
- Within a 5-foot by 5-foot test area on the west-facing slope, the following was observed:
    - There were no circular-shaped areas of granule loss present.
- There were circular-shaped areas of granule loss as large as 1 1/4 inches in diameter present on the ridge and hip shingles.
- There were multiple rocks as large as 3 inches in diameter lying on the roof

Building 25 (Two-story Residential):

- For the purposes of this report, the main entrances of the building faced south toward the parking lot and had a main ridgeline that extended in an east/west orientation.
- Within a 10-foot by 10-foot test area on a north-facing slope, the following was observed:
    - There were eight circular-shaped areas of granule loss that measured as large as 1 1/4 inches in diameter.
- Within a 5-foot by 5-foot test area on an east-facing slope, the following was observed:
    - There were no circular-shaped areas of granule loss present.
- Within a 10-foot by 10-foot test area on a south-facing slope, the following was observed:

- There was one circular-shaped area of granule loss that measured as large as 1 1/4 inches in diameter.

- Within a 5-foot by 5-foot test area on a west-facing slope, the following was observed:
  - There were no circular-shaped areas of granule loss present.
- There were circular-shaped areas of granule loss and tears as large as 1 1/4 inches in diameter present on the ridge and hip shingles.
- There were no rooftop box vents. There was a continuous ridge vent.
- The valleys were closed. There was no exposed metal valley flashing.

**Weather Data**

Weather data from ten personal reporting stations of the Community Collaborative Rain, Hail & Snow Network (CoCoRaHS) that were located within an approximate 4-mile radius of the Property was reviewed for hailstorm events that occurred on the reported date of loss, July 29, 2018. Three of the ten stations recorded hailstones on that date. The lack of recorded hailstones at the other three stations did not mean that no hail had occurred at those station locations. CoCoRaHS stations are monitored by trained volunteer observers and report hailstone sizes that physically impact the ground at the station locations. The data from each of the three stations with reports is listed in **Table 2**:

| Station Number | Largest Reported Hailstone Diameter (inches) | Distance and Direction from the Property |
|---|---|---|
| CO-WE-171 | 2 | 1.8 miles northwest |
| CO-WE-163 | 1 1/2 | 3.3 miles southwest |
| CO-WE-25 | 1 1/4 | 3.5 miles west-northwest |

**Table 2**- CoCoRaHS Station Data for July 29, 2018

Weather data was reviewed from the National Oceanic and Atmospheric Administrations' National Weather Service Storm Prediction Center (NWS-SPC) for hailstorms that occurred on July 29, 2018, within an approximate 4-mile radius of the Property. Hail data gathered by NWS-SPC includes information from a variety of sources, including real-time field reports from trained observers and volunteers. NWS-SPC reports significant hail events, which they define as a storm producing hailstones of 1 inch diameter or larger. The NWS-SPC had one report of hailstones within 4 miles of the Property on July 29, 2018. That report indicated hailstones as large as 2 inches in diameter were spotted approximately 1.2 miles east-southeast of the Property on July 29, 2018.

**Analysis**

Generally, roof materials are considered functionally damaged when the life expectancy of the roof material is reduced or when the water-shedding capability of the material is impaired. Naturally occurring hail varies in size, shape, and hardness. Therefore, damage caused by hail is expected to vary in size, shape, and depth. Hail damage is often observed in a uniformly present, but randomly distributed pattern across a roof exposure.

Hailstone impact marks on asphalt shingles are typically identified by the generally circular-shaped loss of granules from the mat of the shingle. The granules are either pushed down into the asphalt mat or are completely displaced from the mat, leaving the asphalt on the mat exposed. The granules themselves are not crushed or fractured apart. The edges of the granule loss area are irregular in shape and soft from the spherical shape of the hailstone pushing the granules downward into the mat or ejecting them all together. Another characteristic that is common with impact marks is that the mat itself has some degree of bruising. The impact and pushing down on the shingle stretches the mat, causing it to become soft and dimpled. In more extreme conditions, the mat is fractured on the top and/or bottom side; and sometimes the mat is completely penetrated.

The granule surface of asphaltic sheet products and shingles serves to protect the moisture-resistive asphalt base sheet from, among others, surface abrasion, particulate contamination, and damage from solar radiation, while providing a reflective surface that keeps the roof cooler. Asphalt shingles shed granules regularly as the result of exposure to the elements, which is considered to be normal weathering, and are subject to the effects of footfall and gravity. While the generalized loss of the granules from normal weathering is typically not cause for concern, the loss of granules to such a degree that the asphalt base sheet is left exposed is a concern. The asphalt that is left exposed to ultraviolet radiation will erode such that, eventually, the fibers of the base sheet will be exposed and the shingle will no longer resist the penetration of moisture.

Because of their orientation relative to direct exposure to the sun, the south-facing slopes, and to a lesser degree, west-facing slopes typically fare worse than slopes orientated in other directions, especially those that face north. Asphalt that is exposed to the environment fades from dark black to light gray, with the timing and extent of that change varying as a result of the environmental conditions that are present. Hence, the color of the exposed asphalt can be an indication of whether the impacts that cause the granule loss were recent or long-ago occurrences. The coloring of the exposed asphalt mats at the hailstone impact locations at the Property were neither dark black nor light gray, but were in between that range. As a result, the coloring was generally consistent with hailstone impact occurrences from approximately four months prior to the Inspections.

An engineering study has shown that the typical minimum diameter of a hailstone that can cause functional damage to an 11-year-old, 30-year-laminated asphalt-composition shingle is 1 1/4 inches. The weather data from CoCoRaHS, NWS-SPC recorded hailstones between 1 1/4 inches and 2 inches in diameter within 1.8 miles of the Property on the reported date of loss of July 29, 2018. The presence of the circular-shaped areas of granule loss between approximately 1 1/4 inches and 1 1/2 inches in diameter on the roof coverings of the Property was consistent with the reported range of hailstone sizes associated with the Storm; and the 1 1/4-inch-diameter size matched the

threshold damage size that would be expected to cause damage to 11-year-old, 30-year-laminated asphalt fiberglass shingles.

Ridge and hip shingles are more vulnerable to damage from hailstone impacts due to multiple reasons. Ridge and hip shingles are typically exposed to hailstorms approaching from any direction due to their location. As such, they typically show signs of impacts from adequately sized hailstones regardless of the direction from which the hailstones fall. They will often display characteristics of hail impact damage whether or not any other slope of the surrounding roof does so. Reasons for the increased vulnerability includes the fact that the shingles are bent over a ridge or hip, which stresses the mat, and that the bent portion of the shingles typically tend to have less or even no support underneath to absorb and dissipate impact energy.

Spatter marks on oxidized surfaces provide the best evidence of the size of the hailstones that impact a property, as well as the direction from which they fell. At spatter mark locations, the long axis of the spatter mark aligns with the direction from which the hail originated. The width of the spatter mark delineates the approximate diameter of the hailstone. Spatter marks on oxidized, metal surfaces generally remain visible for a time period as long as 8 to 12 months after the causing event.

Circular-shaped indentations in metal surfaces are indicative of hailstone impact damage. However, once a metal surface is indented by an impact, the indentation remains for the duration of time that the metal surface remains in place. Hence, indentations can be the result of hailstorms from years past and are not, by themselves, dependable references of recent hailstorm activity. The presence of coincidental spatter marks in the oxidized surfaces of indentations is a reasonable indication that those indentations are the result of impacts from the hailstones that created the spatter and, therefore, are the result of recent hailstorm activity. However, where a metal surface is not oxidized and an indentation exists, the timing of the indentation cannot be reasonably determined. The surfaces of the prefinished metal box vents and valley flashing at the Property were typically not oxidized. Therefore, there were typically no visible spatter marks on the box vents and valley flashing where indentations were

present. As such, the lack of spatter marks on the non-oxidized surfaces was not a reliable indicator of the age of the indentations, and the presence of the faded spatter marks at indentations on the box vents of Building 1 were indicative that the hailstones that caused the indentations were recent occurrences. Relative to the size of the indentations in the metal box vents and valley flashing, findings of an engineering study indicated that the 3/4-inch-sized indentations were consistent with hailstones of at least 1 1/4 inch in diameter having impacted the Property.

The circular-shaped areas of granule loss present at the Property were hailstone impact damage marks, and the occurrence timing of those hailstone impact damage marks made it reasonable to attribute them to the Storm.

There was no evidence to indicate that the indentations in the valley flashing, where they and the flashing were present, were either holding water or had surface finish damage that would reduce the performance or service life of the flashing. The indentations in the valley flashings were not visible from anywhere except on the roofs.

The manufacturing defects present at the Property were in the form of splice defects. Splice defects are a vertical section of an asphalt shingle in which granules are missing from the base mat along a location where the base mat sheet was spliced to another base mat sheet during the manufacturing process. The granules typically do not adhere to the splice as they do to the rest of the mat.

Table 4 below provides a summation of the quantities of hailstone impact-related areas of granule loss and bruises to the shingles on each slope at each of the 25 buildings, as well as at the shelter and shed, at the Property that were inspected. The number of areas of granule loss and bruises observed in the test areas that were less than one square (100 square feet) in size were multiplied by a factor to generate numbers equivalent to a full square.

There was a stark contrast in the quantity of hailstone impact damage marks present on the roof coverings of the two west-end garage buildings, 3 and 8, and that of the roof coverings next to them. Garage Building 3 had the greatest quantity of hailstone impact

damage marks of any of the buildings at the Property, with an equivalent count of 44 on the north-facing slope and a count of 43 on the east-facing slope. Buildings 2, 4, and 5 that were next to it had no hailstone impact damage marks. The condition in which buildings with high numbers of hailstone impact damage marks being next to buildings with low numbers existed elsewhere at the Property. Rimkus did not investigate the reason for this discrepancy as it was beyond the scope of this report to determine why such differences were present.

**Repair Recommendations**

The condition of the laminated asphalt-composition shingles at the Property were such that Rimkus determined a repair factor of one was appropriate. Rimkus utilized a threshold of four or fewer hailstone impact damage marks per square warranting repair of only those shingles, and a threshold of five or more hailstone impact damage marks per square warranting replacement of the slope. The gutters were generally visible from the ground and from the residential unit decks throughout the Property. Therefore, the linear foot quantity of eaves with gutters for each of the buildings is listed below. Since the indentations in the metal valley flashing did not reduce the performance or service life of the metal valley flashing, and were not visible from anywhere but on the roof, Rimkus determined that the valley flashing did not require replacement for that purpose. However, the linear foot quantities of valley flashing, where it was present, are listed below for reference. Similarly, since the indentations in the metal box vents did not reduce the performance or service life of the metal box vents, and were not visible from anywhere but on the roof, Rimkus determined that the box vents did not require replacement for that purpose. Nonetheless, the numbers of metal box vents, as well as the numbers of exhaust termination caps and pipe jacks that were present on the roofs are listed below for reference. The City of Evans roofing regulations in force at the time of this report required drip edge, but did not require an ice barrier underlayment; and it had no maximum repair thresholds that would trigger full replacements of slopes or entire roof coverings.

Building 1:

- The north-facing roof slopes comprised approximately 1,877 square feet (sf) of area. With the equivalent number of hailstone impact marks of 2 per square on the north-facing roof slopes and each impact assumed to be on a separate shingle, the shingle repair for Building 1 would require 38 shingles to be replaced.
- There were no visible hailstone impact damage marks present on the roof coverings in the test squares of the east-, south-, and west-facing roof slopes.
- The hailstone impact damage to the ridge and hip shingles required replacement of 236 linear feet (lf) of ridge shingles and 60 lf of hip shingles.
- No drip edge, pipe jack flashing, or exhaust termination caps on this roof would be affected by the shingle repair work.
- There were 32 roof top metal box vents.
- There were 28 metal exhaust termination caps and 14 pipe jacks present.
- There was approximately 281 lf of valley flashing.
- There was approximately 446 lf of eaves with gutters.

Building 2:

- There were no visible hailstone impact damage marks present on the roof coverings in the test squares of the roof slopes.
- The hailstone impact damage to the ridge and hip shingles required replacement of 236 lf of ridge shingles and 60 lf of hip shingles.
- No drip edge, pipe jack flashing, or exhaust termination caps on this roof would be affected by the shingle repair work.

- There were 32 roof top metal box vents.
- There were 28 metal exhaust termination caps and 19 pipe jacks present.
- There was approximately 281 lf of valley flashing.
- There was approximately 446 lf of eaves with gutters.

Building 3:

- The roof slopes comprised approximately 6,362 sf of area. With the equivalent number of hailstone impact marks exceeding 4 per square on all roof slopes, the shingle replacement for Building 3 would require 63.6 squares. There was approximately 482 lf of drip edge associated with the roof slopes.
- The hailstone impact damage to the ridge and hip shingles required replacement of 125 lf of ridge shingles and 48 lf of hip shingles.
- There was approximately 276 lf of eaves with gutters.

Building 4:

- There were no visible hailstone impact damage marks present on the roof coverings in the test squares of the roof slopes.
- The hailstone impact damage to the ridge and hip shingles required replacement of 236 lf of ridge shingles and 60 lf of hip shingles.
- No drip edge, pipe jack flashing, or exhaust termination caps on this roof would be affected by the shingle repair work.
- There were 50 roof top metal box vents.
- There were 28 metal exhaust termination caps and 8 pipe jacks present.
- There was approximately 281 lf of valley flashing.

- There was approximately 446 lf of eaves with gutters.

Building 5:

- There were no visible hailstone impact damage marks present on the roof coverings in the test squares of the roof slopes.
- The hailstone impact damage to the ridge and hip shingles required replacement of 236 lf of ridge shingles and 60 lf of hip shingles.
- No drip edge, pipe jack flashing, or exhaust termination caps on this roof would be affected by the shingle repair work.
- There were 40 roof top metal box vents.
- There were 22 metal exhaust termination caps and 16 pipe jacks present.
- There was approximately 281 lf of valley flashing.
- There was approximately 446 lf of eaves with gutters.

Building 6:

- The north-facing roof slopes comprised approximately 1,861 sf of area. With the equivalent number of hailstone impact marks of 1 per square on the north-facing roof slopes and each impact assumed to be on a separate shingle, the shingle repair for Building 6 would require 19 shingles to be replaced.
- There were no visible hailstone impact damage marks present on the roof coverings in the test squares of the east-, south-, and west-facing roof slopes.
- The hailstone impact damage to the ridge and hip shingles required replacement of 236 lf of ridge shingles and 60 lf of hip shingles.
- There were 39 roof top metal box vents.

- There were 26 metal exhaust termination caps and 8 pipe jacks present.
- There was approximately 223 lf of valley flashing.
- There was approximately 405 lf of eaves with gutters.

Building 7:

- The west-facing roof slopes comprised approximately 2,827 sf of area. With the equivalent number of hailstone impact marks of 1 per square on the west-facing roof slopes and each impact assumed to be on a separate shingle, the shingle repair for Building 7 would require 29 shingles to be replaced.
- There were no visible hailstone impact damage marks present on the roof coverings in the test squares of the east-, south-, and north-facing roof slopes.
- The hailstone impact damage to the ridge and hip shingles required replacement of 236 lf of ridge shingles and 60 lf of hip shingles.
- There were 36 roof top metal box vents.
- There were 26 metal exhaust termination caps and 8 pipe jacks present.
- There was approximately 223 lf of valley flashing.
- There was approximately 405 lf of eaves with gutters.

Building 8:

- The roof slopes comprised approximately 6,362 sf of area. With the equivalent number of hailstone impact marks exceeding 4 per square on all roof slopes, the shingle replacement for Building 8 would require 63.6 squares. There was approximately 482 lf of drip edge associated with the roof slopes.
- The hailstone impact damage to the ridge and hip shingles required replacement of 125 lf of ridge shingles and 48 lf of hip shingles.

- There was approximately 276 lf of eaves with gutters.

Building 9:

- The north-facing roof slopes comprised approximately 2,517 sf of area. With the equivalent number of hailstone impact marks of 2 per square on the north-facing roof slopes and each impact assumed to be on a separate shingle, the shingle repair for Building 9 would require 51 shingles to be replaced.
- There were no visible hailstone impact damage marks present on the roof coverings in the test squares of the east-, south-, and west-facing roof slopes.
- The hailstone impact damage to the ridge and hip shingles required replacement of 314 lf of ridge shingles and 60 lf of hip shingles.
- There were 44 roof top metal box vents.
- There were 20 metal exhaust termination caps and 8 pipe jacks present.
- There was approximately 345 lf of valley flashing.
- There was approximately 346 lf of eaves with gutters.

Building 10:

- The north-facing roof slopes comprised approximately 2,517 sf of area. With the equivalent number of hailstone impact marks of 2 per square on the north-facing roof slopes and each impact assumed to be on a separate shingle, the north-facing slope shingle repair for Building 10 would require 51 shingles to be replaced.
- The west-facing roof slope comprised approximately 3,333 sf of area. With the equivalent number of hailstone impact marks of 2 per square on the west-facing roof slope and each impact assumed to be on a separate shingle, the west-facing slope shingle repair for Building 10 would require 67 shingles to be replaced.

- The east-facing roof slope comprised approximately 3,333 sf of area. With the equivalent number of hailstone impact marks exceeding 4 per square on the east-facing roof slopes, the east-facing roof slope shingle replacement for Building 10 would require 33.3 squares. There was approximately 78 lf of drip edge associated with the east-facing roof slope.

- There were no visible hailstone impact damage marks present on the roof coverings in the test squares of the south-facing roof slopes.

- The hailstone impact damage to the ridge and hip shingles required replacement of 314 lf of ridge shingles, with ridge vent, and 60 lf of hip shingles.

- There were no rooftop box vents. There was a continuous ridge vent.

- There were approximately two pipe jacks, both on the west-facing roof slope.

- The valleys were closed. There was no exposed metal valley flashing.

- There was approximately 346 lf of eaves with gutters.

Building 11:

- There were no visible hailstone impact damage marks present on the roof coverings in the test squares of the roof slopes.

- The hailstone impact damage to the ridge and hip shingles required replacement of 140 lf of ridge shingles, with ridge vent, and 48 lf of hip shingles.

- There was approximately 400 lf of eaves with gutters.

Building 12:

- The north-facing roof slopes comprised approximately 992 sf of area. With the equivalent number of hailstone impact marks of 4 per square on the north-facing roof slopes and each impact assumed to be on a separate shingle, the north-

facing slope shingle repair for Building 12 would require 40 shingles to be replaced.

- The west-facing roof slopes comprised approximately 3,269 sf of area. With the equivalent number of hailstone impact marks of 1 per square on the west-facing roof slopes and each impact assumed to be on a separate shingle, the west-facing slope shingle repair for Building 12 would require 33 shingles to be replaced.
- There were no visible hailstone impact damage marks present on the roof coverings in the test squares of the east- and south-facing roof slopes.
- The hailstone impact damage to the ridge and hip shingles required replacement of 158 lf of ridge shingles and 95 lf of hip shingles.
- There were 26 roof top metal box vents.
- There were approximately 26 metal exhaust termination caps and 8 pipe jacks present.
- There was approximately 122 lf of valley flashing.
- There was approximately 405 lf of eaves with gutters.

Building 13:

- The north-facing roof slopes comprised approximately 992 sf of area. With the equivalent number of hailstone impact marks of 4 per square on the north-facing roof slopes and each impact assumed to be on a separate shingle, the north-facing slope shingle repair for Building 13 would require 40 shingles to be replaced.
- The east-facing roof slopes comprised approximately 3,269 sf of area. With the equivalent number of hailstone impact marks of 1 per square on the east-facing roof slopes and each impact assumed to be on a separate shingle, the east-

facing slope shingle repair for Building 13 would require 33 shingles to be replaced.

- There were no visible hailstone impact damage marks present on the roof coverings in the test squares of the west- and south-facing roof slopes.
- The hailstone impact damage to the ridge and hip shingles required replacement of 158 lf of ridge shingles and 95 lf of hip shingles.
- There were 26 roof top metal box vents.
- There were approximately 26 metal exhaust termination caps and 8 pipe jacks present.
- There was approximately 122 lf of valley flashing.
- There was approximately 405 lf of eaves with gutters.

Building 14:

- The north-facing roof slopes comprised approximately 992 sf of area. With the equivalent number of hailstone impact marks exceeding 4 per square on the north-facing roof slopes, the north-facing roof slope shingle replacement for Building 14 would require 9.9 squares. There was approximately 60 lf of drip edge associated with the north-facing roof slopes.
- The east-facing roof slopes comprised approximately 3,269 sf of area. With the equivalent number of hailstone impact marks of 1 per square on the east-facing roof slopes and each impact assumed to be on a separate shingle, the east-facing slope shingle repair for Building 14 would require 33 shingles to be replaced.
- There were no visible hailstone impact damage marks present on the roof coverings in the test squares of the west- and south-facing roof slopes.

- The hailstone impact damage to the ridge and hip shingles required replacement of 158 lf of ridge shingles and 95 lf of hip shingles.
- There were 28 roof top metal box vents.
- There were approximately three pipe jacks present.
- There was approximately 122 lf of valley flashing.
- There was approximately 405 lf of eaves with gutters.

Building 15:

- The north-facing roof slopes comprised approximately 420 sf of area. With the equivalent number of hailstone impact marks of 4 per square on the north-facing roof slopes and each impact assumed to be on a separate shingle, the north-facing slope shingle repair for Building 15 would require 17 shingles to be replaced.
- There were no visible hailstone impact damage marks present on the roof coverings in the test squares of the east-, west-, and south-facing roof slopes.
- The hailstone impact damage to the ridge and hip shingles required replacement of 58 lf of ridge shingles, with ridge vent, and 48 lf of hip shingles.
- There was approximately 236 lf of eaves with gutters.

Building 16:

- There were no visible hailstone impact damage marks present on the roof coverings in the test squares of the roof slopes.
- The hailstone impact damage to the ridge and hip shingles required replacement of 158 lf of ridge shingles and 95 lf of hip shingles.
- There were 29 roof top metal box vents.

- There were approximately three pipe jacks present.
- There was approximately 122 lf of valley flashing.
- There was approximately 405 lf of eaves with gutters.

Building 17:

- The north-facing roof slopes comprised approximately 734 sf of area. With the equivalent number of hailstone impact marks exceeding 4 per square on the north-facing roof slopes, the north-facing roof slope shingle replacement for Building 17 would require 7.3 squares. There was approximately 55 lf of drip edge associated with the north-facing roof slopes.
- There were no visible hailstone impact damage marks present on the roof coverings in the test squares of the east-, west-, and south-facing roof slopes.
- The hailstone impact damage to the ridge and hip shingles required replacement of 31 lf of ridge shingles and 143 lf of hip shingles.
- There were approximately four pipe jacks present and four mechanical flue flashings.
- There was approximately 75 lf of valley flashing.
- There was approximately 205 lf of eaves with gutters.

Shelter

- The north-facing roof slope comprised approximately 200 sf of area. With the equivalent number of hailstone impact marks exceeding 4 per square on the north-facing roof slope, the north-facing roof slope shingle replacement for the shed would require 2.0 squares. There was approximately 28 lf of drip edge associated with the north-facing roof slope.

- There were no visible hailstone impact damage marks present on the roof coverings in the test squares of the east-, west-, and south-facing roof slopes.
- The hailstone impact damage to the hip shingles required replacement of 80 lf of hip shingles.

Shed

- There were no visible hailstone impact damage marks present on the roof covering of the north-facing roof slope.

Building 18:

- The north-facing roof slopes comprised approximately 992 sf of area. With the equivalent number of hailstone impact marks of 2 per square on the north-facing roof slopes and each impact assumed to be on a separate shingle, the north-facing slope shingle repair for Building 18 would require 20 shingles to be replaced.
- The east-facing roof slope comprised approximately 3,269 sf of area. With the equivalent number of hailstone impact marks exceeding 4 per square on the east-facing roof slope, the east-facing roof slope shingle replacement for Building 18 would require 32.7 squares. There was approximately 138 lf of drip edge associated with the east-facing roof slope.
- There were no visible hailstone impact damage marks present on the roof coverings in the test squares of the west- and south-facing roof slopes.
- The hailstone impact damage to the ridge and hip shingles required replacement of 158 lf of ridge shingles, with ridge vent, and 95 lf of hip shingles.
- There were approximately three pipe jacks present.
- There was approximately 405 lf of eaves with gutters.

Building 19:

- The north-facing roof slopes comprised approximately 992 sf of area. With the equivalent number of hailstone impact marks of 4 per square on the north-facing roof slopes and each impact assumed to be on a separate shingle, the north-facing slope shingle repair for Building 19 would require 40 shingles to be replaced.
- The east-facing roof slope comprised approximately 3,269 sf of area. With the equivalent number of hailstone impact marks exceeding 4 per square on the east-facing roof slope, the east-facing roof slope shingle replacement for Building 19 would require 32.7 squares. There was approximately 138 lf of drip edge associated with the east-facing roof slope.
- There were no visible hailstone impact damage marks present on the roof coverings in the test squares of the west- and south-facing roof slopes.
- The hailstone impact damage to the ridge and hip shingles required replacement of 158 lf of ridge shingles, with ridge vent, and 95 lf of hip shingles.
- There were approximately three pipe jacks present.
- There was approximately 405 lf of eaves with gutters.

Building 20:

- There were no visible hailstone impact damage marks present on the roof coverings in the test squares of the roof slopes.
- The hailstone impact damage to the ridge and hip shingles required replacement of 140 lf of ridge shingles, with ridge vent, and 48 lf of hip shingles.
- There was approximately 400 lf of eaves with gutters.

Building 21:

- The north-facing roof slopes comprised approximately 992 sf of area. With the equivalent number of hailstone impact marks exceeding 4 per square on the north-facing roof slopes, the north-facing roof slope shingle replacement for Building 21 would require 9.9 squares. There was approximately 60 lf of eave drip edge associated with the north-facing roof slope.

- The east-facing roof slopes comprised approximately 3,269 sf of area. With the equivalent number of hailstone impact marks of 3 per square on the east-facing roof slopes and each impact assumed to be on a separate shingle, the east-facing slope shingle repair for Building 21 would require 99 shingles to be replaced.

- The south-facing roof slopes comprised approximately 992 sf of area. With the equivalent number of hailstone impact marks of 4 per square on the south-facing roof slopes and each impact assumed to be on a separate shingle, the south-facing slope shingle repair for Building 21 would require 40 shingles to be replaced.

- There were no visible hailstone impact damage marks present on the roof coverings in the test squares of the west-facing roof slopes.

- The hailstone impact damage to the ridge and hip shingles required replacement of 158 lf of ridge shingles, with ridge vent, and 95 lf of hip shingles.

- There was approximately 405 lf of eaves with gutters.

Building 22:

- The north-facing roof slopes comprised approximately 992 sf of area. With the equivalent number of hailstone impact marks exceeding 4 per square on the north-facing roof slopes, the north-facing roof slope shingle replacement for

Building 22 would require 9.9 squares. There was approximately 60 lf of drip edge associated with the north-facing roof slope.

- The east-facing roof slopes comprised approximately 3,269 sf of area. With the equivalent number of hailstone impact marks of 4 per square on the east-facing roof slopes and each impact assumed to be on a separate shingle, the east-facing slope shingle repair for Building 22 would require 131 shingles to be replaced.

- The south-facing roof slopes comprised approximately 992 sf of area. With the equivalent number of hailstone impact marks exceeding 4 per square on the south-facing roof slopes, the south-facing roof slope shingle replacement for Building 22 would require 9.9 squares. There was approximately 60 lf of drip edge associated with the north-facing roof slope.

- There were no visible hailstone impact damage marks present on the roof coverings in the test squares of the west-facing roof slopes.

- The hailstone impact damage to the ridge and hip shingles required replacement of 158 lf of ridge shingles, with ridge vent, and 95 lf of hip shingles.

- There was approximately 405 lf of eaves with gutters.

Building 23:

- The north-facing roof slopes comprised approximately 3,269 sf of area. With the equivalent number of hailstone impact marks exceeding 4 per square on the north-facing roof slopes, the north-facing roof slope shingle replacement for Building 23 would require 32.7 squares. There was approximately 138 lf of drip edge associated with the north-facing roof slope.

- The south-facing roof slopes comprised approximately 3,269 sf of area. With the equivalent number of hailstone impact marks of 3 per square on the south-facing roof slopes and each impact assumed to be on a separate shingle, the south-

facing slope shingle repair for Building 23 would require 98 shingles to be replaced.

- There were no visible hailstone impact damage marks present on the roof coverings in the test squares of the east- and west-facing roof slopes.
- The hailstone impact damage to the ridge and hip shingles required replacement of 158 lf of ridge shingles, with ridge vent, and 95 lf of hip shingles.
- There was approximately 405 lf of eaves with gutters.

Building 24:

- There were no visible hailstone impact damage marks present on the roof coverings in the test squares of the roof slopes.
- The hailstone impact damage to the ridge and hip shingles required replacement of 58 lf of ridge shingles, with ridge vent, and 48 lf of hip shingles.
- There was approximately 236 lf of eaves with gutters.

Building 25:

- The north-facing roof slopes comprised approximately 3,269 sf of area. With the equivalent number of hailstone impact marks exceeding 4 per square on the north-facing roof slopes, the north-facing roof slope shingle replacement for Building 25 would require 32.7 squares. There was approximately 138 lf of drip edge associated with the north-facing roof slope.
- The south-facing roof slopes comprised approximately 3,269 sf of area. With the equivalent number of hailstone impact marks of 1 per square on the south-facing roof slopes and each impact assumed to be on a separate shingle, the south-facing slope shingle repair for Building 25 would require 33 shingles to be replaced.

- There were no visible hailstone impact damage marks present on the roof coverings in the test squares of the east- and west-facing roof slopes.

- The hailstone impact damage to the ridge and hip shingles required replacement of 158 lf of ridge shingles, with ridge vent, and 95 lf of hip shingles.

- There was approximately 405 lf of eaves with gutters.

**Table 4** below provides a summation of the above-described repair recommendations. An estimate of repair is included as **Attachment B** to this report.

| Building number | Slope | Equivalent number of Impact damage per square | Largest diameter of granule loss | Repair Recommendations |
|---|---|---|---|---|
| Building 1 (2-story) | North-facing | 2 | 1 1/4 inches | Repair- 38 shingles |
| | East-facing | 0 | 0 inch | - |
| | South-facing | 0 | 0 inch | - |
| | West-facing | 0 | 0 inch | - |
| | Ridge / Hip | - | 1 1/4 inches | Replace- 296 lf |
| | Gutters | - | - | Replace- 446 lf |
| Building 2 (2-story) | North-facing | 0 | 0 inch | - |
| | East-facing | 0 | 0 inch | - |
| | South-facing | 0 | 0 inch | - |
| | West-facing | 0 | 0 inch | - |
| | Ridge / Hip | - | 1 1/4 inches | Replace- 296 lf |
| | Gutters | - | - | Replace- 446 lf |
| Building 3 (Garage) (1-story) | North-facing | 24 | 1 1/4 inches | Replace- 63.6 Squares |
| | East-facing | 43 | 1 1/4 inches | |
| | South-facing | 44 | 1 1/4 inches | |
| | West-facing | 16 | 1 1/4 inches | |
| | Ridge / Hip | - | 1 1/4 inches | Replace- 173 lf |
| | Gutters | - | - | Replace- 276 lf |
| | Drip Edge | - | - | Replace- 482 lf |
| Building 4 (2-story) | North-facing | 0 | 0 inch | - |
| | North-facing | 0 | 0 inch | - |
| | South-facing | 0 | 0 inch | - |
| | West-facing | 0 | 0 inch | - |
| | Ridge / Hip | - | 1 1/4 inches | Replace- 296 lf |
| | Gutters | - | - | Replace- 446 lf |
| Building 5 | North-facing | 0 | 0 inch | - |

| Building number | Slope | Equivalent number of Impact damage per square | Largest diameter of granule loss | Repair Recommendations |
|---|---|---|---|---|
| (2-story) | East-facing | 0 | 0 inch | - |
| | South-facing | 0 | 0 inch | - |
| | West-facing | 0 | 0 inch | - |
| | Ridge / Hip | - | 1 1/4 inches | Replace- 296 lf |
| | Gutters | - | - | Replace- 446 lf |
| Building 6 (2-story) | North-facing | 1 | 1 1/4 inches | Repair- 19 shingles |
| | East-facing | 0 | 0 inch | - |
| | South-facing | 0 | 0 inch | - |
| | West-facing | 0 | 0 inch | - |
| | Ridge / Hip | - | 1 1/4 inches | Replace- 296 lf |
| | Gutters | - | - | Replace- 405 lf |
| Building 7 (2-story) | North-facing | 0 | 0 inch | - |
| | East-facing | 0 | 0 inch | - |
| | South-facing | 0 | 0 inch | - |
| | West-facing | 1 | 1 1/4 inches | Repair- 29 shingles |
| | Ridge / Hip | - | 1 1/4 inches | Replace- 296 lf |
| | Gutters | - | - | Replace- 405 lf |
| Building 8 (Garage) (1-story) | North-facing | 28 | 1 1/4 inches | Replace- 63.6 Squares |
| | East-facing | 21 | 1 1/4 inches | |
| | South-facing | 12 | 1 1/4 inches | |
| | West-facing | 21 | 1 1/4 inches | |
| | Ridge / Hip | - | 1 1/4 inches | Replace- 173 lf |
| | Gutters | - | - | Replace- 276 lf |
| | Drip Edge | - | - | Replace- 482 lf |
| Building 9 (3-story) | North-facing | 2 | 1 1/4 inches | Repair- 51 shingles |
| | East-facing | 0 | 0 inch | - |
| | South-facing | 0 | 0 inch | - |
| | West-facing | 0 | 0 inch | - |
| | Ridge / Hip | - | 1 1/4 inches | Replace- 374 lf |
| | Gutters | - | - | Replace- 346 lf |
| Building 10 (3-story) | North-facing | 2 | 1 1/2 inches | Repair- 51 shingles |
| | East-facing | 8 | 1 1/4 inches | Replace- 33.3 Squares |
| | South-facing | 0 | 0 inch | - |
| | West-facing | 2 | 1 1/4 inches | Repair- 67 shingles |
| | Ridge / Hip | - | 1 1/4 inches | Replace- 374 lf |
| | Gutters | - | - | Replace- 346 lf |
| | Drip Edge | - | - | Replace- 78 lf |
| Building 11 (Garage) | North-facing | 0 | 0 inch | - |
| | East-facing | 0 | 0 inch | - |

| Building number | Slope | Equivalent number of Impact damage per square | Largest diameter of granule loss | Repair Recommendations |
|---|---|---|---|---|
| (1-story) | South-facing | 0 | 0 inch | - |
| | West-facing | 0 | 0 inch | - |
| | Ridge / Hip | - | 1 1/4 inches | Replace- 188 lf |
| | Gutters | - | - | Replace- 400 lf |
| Building 12 (2-story) | North-facing | 4 | 1 1/4 inches | Repair- 40 shingles |
| | East-facing | 0 | 0 inch | - |
| | South-facing | 0 | 0 inch | - |
| | West-facing | 1 | 1 1/4 inches | Repair- 33 shingles |
| | Ridge / Hip | - | 1 1/4 inches | Replace- 253 lf |
| | Gutters | - | - | Replace- 405 lf |
| Building 13 (2-story) | North-facing | 4 | 1 1/4 inches | Repair- 40 shingles |
| | East-facing | 1 | 1 1/4 inches | Repair- 33 shingles |
| | South-facing | 0 | 0 inch | - |
| | West-facing | 0 | 0 inch | - |
| | Ridge / Hip | - | 1 1/4 inches | Replace- 253 lf |
| | Gutters | - | - | Replace- 405 lf |
| Building 14 (2-story) | North-facing | 8 | 1 1/4 inches | Replace- 9.9 Squares |
| | East-facing | 1 | 1 1/4 inches | Repair- 33 shingles |
| | South-facing | 0 | 0 inch | - |
| | West-facing | 0 | 0 inch | - |
| | Ridge / Hip | - | 1 1/4 inches | Replace- 253 lf |
| | Gutters | - | - | Replace- 405 lf |
| | Drip Edge | - | - | Replace- 60 lf |
| Building 15 (Garage) (1-story) | North-facing | 4 | 1 1/4 inches | Repair- 17 shingles |
| | East-facing | 0 | 0 inch | - |
| | South-facing | 0 | 0 inch | - |
| | West-facing | 0 | 0 inch | - |
| | Ridge / Hip | - | 1 1/4 inches | Replace- 106 lf |
| | Gutters | - | - | Replace- 236 lf |
| Building 16 (2-story) | North-facing | 0 | 0 inch | - |
| | East-facing | 0 | 0 inch | - |
| | South-facing | 0 | 0 inch | - |
| | West-facing | 0 | 0 inch | - |
| | Ridge / Hip | - | 1 1/4 inches | Replace- 253 lf |
| | Gutters | - | - | Replace- 405 lf |
| Building 17 (Clubhouse) (1-story) | North-facing | 6 | 1 1/4 inches | Replace- 7.3 Squares |
| | East-facing | 0 | 0 inch | - |
| | South-facing | 0 | 0 inch | - |
| | West-facing | 0 | 0 inch | - |

| Building number | Slope | Equivalent number of Impact damage per square | Largest diameter of granule loss | Repair Recommendations |
|---|---|---|---|---|
| | Hip / Ridge | - | 1 1/4 inches | Replace- 174 lf |
| | Gutters | - | - | Replace- 205 lf |
| | Drip Edge | - | - | Replace- 55 lf |
| Shelter | North-facing | 8 | 1 inch | Replace- 2.0 Squares |
| | East-facing | 0 | 0 inch | - |
| | South-facing | 0 | 0 inch | - |
| | West-facing | 0 | 0 inch | - |
| | Hip | - | 1 1/4 inches | Replace- 80 lf |
| | Drip Edge | - | - | Replace- 28 lf |
| Shed | North-facing | 0 | 0 inch | - |
| Building 18 (2-story) | North-facing | 2 | 1 1/4 inches | Repair- 20 shingles |
| | East-facing | 11 | 1 1/4 inches | Replace- 32.7 Squares |
| | South-facing | 0 | 0 inch | - |
| | West-facing | 0 | 0 inch | - |
| | Ridge / Hip | - | 1 1/4 inches | Replace- 253 lf |
| | Gutters | - | - | Replace- 405 lf |
| | Drip Edge | - | - | Replace- 138 lf |
| Building 19 (2-story) | North-facing | 4 | 1 1/4 inches | Repair- 40 shingles |
| | East-facing | 10 | 1 1/4 inches | Replace- 32.7 Squares |
| | South-facing | 0 | 0 inch | - |
| | West-facing | 0 | 0 inch | - |
| | Ridge / Hip | - | 1 1/4 inches | Replace- 253 lf |
| | Gutters | - | - | Replace- 405 lf |
| | Drip Edge | - | - | Replace- 138 lf |
| Building 20 (Garage) (1-story) | North-facing | 0 | 0 inch | - |
| | East-facing | 0 | 0 inch | - |
| | South-facing | 0 | 0 inch | - |
| | West-facing | 0 | 0 inch | - |
| | Hip / Ridge | - | 1 1/4 inches | Replace- 188 lf |
| | Gutters | - | - | Replace- 400 lf |
| Building 21 (2-story) | North-facing | 16 | 1 1/4 inches | Replace- 9.9 Squares |
| | East-facing | 3 | 1 1/4 inches | Repair- 99 shingles |
| | South-facing | 4 | 1 1/4 inches | Repair- 40 shingles |
| | West-facing | 0 | 0 inch | - |
| | Ridge / Hip | - | 1 1/4 inches | Replace- 253 lf |
| | Gutters | - | - | Replace- 405 lf |
| | Drip Edge | - | - | Replace- 60 lf |
| Building 22 (2-story) | North-facing | 12 | 1 1/4 inches | Replace- 9.9 Squares |
| | East-facing | 4 | 1 1/4 inches | Repair- 131 shingles |

| Building number | Slope | Equivalent number of Impact damage per square | Largest diameter of granule loss | Repair Recommendations |
|---|---|---|---|---|
| | South-facing | 8 | 1 1/4 inches | Replace- 9.9 Squares |
| | West-facing | 0 | 0 inch | - |
| | Ridge / Hip | - | 1 1/4 inches | Replace- 253 lf |
| | Gutters | - | - | Replace- 405 lf |
| | Drip Edge | - | - | Replace- 120 lf |
| Building 23 (2-story) | North-facing | 9 | 1 1/4 inches | Replace- 32.7 Squares |
| | East-facing | 0 | 0 inch | - |
| | South-facing | 3 | 1 1/4 inches | Repair- 98 shingles |
| | West-facing | 0 | 0 inch | - |
| | Ridge / Hip | - | 1 1/4 inches | Replace- 253 lf |
| | Gutters | - | - | Replace- 405 lf |
| | Drip Edge | - | - | Replace- 138 lf |
| Building 24 (Garage) (1-story) | North-facing | 0 | 0 inch | - |
| | East-facing | 0 | 0 inch | - |
| | South-facing | 0 | 0 inch | - |
| | West-facing | 0 | 0 inch | - |
| | Ridge / Hip | - | 1 1/4 inches | Replace- 106 lf |
| | Gutters | - | - | Replace- 236 lf |
| Building 25 (2-story) | North-facing | 8 | 1 1/4 inches | Replace- 32.7 Squares |
| | East-facing | 0 | 0 inch | - |
| | South-facing | 1 | 1 1/4 inches | Repair- 33 shingles |
| | West-facing | 0 | 0 inch | - |
| | Ridge / Hip | - | 1 1/4 inches | Replace- 253 lf |
| | Gutters | - | - | Replace- 405 lf |
| | Drip Edge | - | - | Replace- 138 lf |

**Table 4**- Summation of Hail Impacts per Square of All Roof Slopes*

*The numbers of areas of granule loss and bruises observed in the Rimkus test areas that measured less than one square (100 square feet) in size have been multiplied by a factor to generate numbers equivalent to a full square **for Table 4.**

## Section IV
## BASIS OF REPORT


1. Measurements, photographs, and field notes by T. Scott Nunnery, R.A., and John W Bittner, P.E., conducted during the inspections of the Property on November 1, 2, and 15, 2018, and December 11, 2018.

2. Property records retrieved from Weld County at https://propertyreport.co.weld.co.us.

3. City of Evans, Colorado Roofing Regulations (roofing_regulations_2017_update) available at https://www.evanscolorado.gov/building/city-evans-roofing-regulations.

4. Xactimate estimating software information generated by Mr. Timothy R. Yawn of Rimkus Consulting Group, Inc.

5. Historical weather data available at the Community Collaborative Rain, Hail and Snow Network website at http://cocorahs.com/.

6. Historical weather data available at the National Oceanic and Atmospheric Administration Storm Prediction Center website at http://www.spc.ncep.noaa.gov/.

7. Crenshaw, Vickie A. and Koontz, Jim D., (May/June 2002) *Hail: Sizing It Up*.

8. Crenshaw, Vickie A. and Koontz, Jim D., *Simulated Hail Damage and Impact Resistance Test Procedures for Roof Coverings and Membranes*.

9. Marshall, T.P. and Herzog, R.F., (1999) *Protocol for Assessment of Hail-Damaged Roofing*, Proceedings of the Third International Symposium on Roofing Technology, National Roofing Contractors Association.

10. Marshall, Timothy P., Herzog, Richard F., Morrison, Scott J., and Smith, Steven R., *Hail Damage Threshold Sizes for Common Roofing Materials, Section P3.2*.

11. Morrison, Scott J., *Holy Hail* (June 2009) Professional Roofing.

12. Petty, Stephen E., *Forensic Engineering – Damage Assessments for Residential and Commercial Structures*, Chapter 4, 2013 by Taylor & Francis Group, LLC.

13. EagleView ClaimsReady Report 26245367 dated December 24, 2018, and EagleView Premium Reports 26431142, 26431252, and 26431380, dated December 27, 2018; EagleView Premium Report 26430665, dated December 28, 2018.

## Section V
## ATTACHMENTS

A. Photographs

B. Estimate of Repair

C. Curriculum Vitae

Section V

ATTACHMENT A

# Photographs

Photographs taken during our inspection, which were not included in this report, were retained in our files and are available to you upon request.

**Photograph 1**
The two-story and three-story buildings were similar in shape and appearance.



**Photograph 2**
The two-story and three-story buildings were similar in shape and appearance.



**Photograph 3**
The garage buildings were similar in appearance to the residential buildings, with one portion having dormers and the other portion having none.



**Photograph 4**
The garage buildings were similar appearance to the residential buildings, with one portion having dormers and the other portion having none.



**Photograph 5**
The field portions of the shingles throughout the Property typically had generalized granule loss.



**Photograph 6**
A portion of the residential buildings had prefinished metal roof-top box vents.



**Photograph 7**
A portion of the residential buildings had continuous ridge vents.



**Photograph 8**
A portion of the residential buildings had both prefinished metal roof-top box vents and prefinished metal roof-top exhaust termination caps.



**Photograph 9**
A portion of the buildings had open valleys with metal flashing (arrows).



**Photograph 10**
A portion of the buildings had closed valleys.



**Photograph 11**
There were circular-shaped indentations in the gutters throughout the Property.



**Photograph 12**
There were two circular-shaped areas of granule loss that measured as large as 1 1/4 inches in diameter.



**Photograph 13**
There were circular-shaped areas of granule loss and tears as large as 1 1/4 inches in diameter present on the ridge shingles.



**Photograph 14**
There were faded spatter marks on the metal roof-top box vents, including one that coincided with an indentation as large as 3/4 inch in diameter.



**Photograph 15**
There were indentations as large as 3/4 inch in diameter on the exposed metal valley flashing. There were no visible spatter marks on the valley flashing.



**Photograph 16**
There were 43 circular-shaped areas of granule loss present that measured as large as 1 1/4 inches in diameter.



**Photograph 17**
There were 11 circular-shaped areas of granule loss present that measured as large as 1 1/4 inches in diameter.




**Photograph 18**
There were six circular-shaped areas of granule loss that measured as large as 1 1/4 inches in diameter.



**Photograph 19**
There were shade differences in the color of the shingles on both the north- and south-facing roof slopes (arrows).



**Photograph 20**
There were no cracks or chips in the skylight.



**Photograph 21**
There were six circular-shaped areas of granule loss that measured as large as 1 1/4 inches in diameter.




**Photograph 22**
There were circular-shaped areas of granule loss as large as 1 1/4 inches in diameter present on the hip shingles (arrows).



**Photograph 23**
There were indentations as large as 3/4 inch in diameter on the exposed metal valley flashing. There were no visible spatter marks on the valley flashing.



**Photograph 24**
The shelter was open on all sides below the roof. The roof form of the shelter was a four-sided pyramid shape.



**Photograph 25**
The shed had a single-slope roof.



**Photograph 26**
There were circular-shaped areas of granule loss as large as 1 1/4 inches in diameter present on the hip shingles of the shelter (arrow).



**Photograph 27**
There were no rooftop box vents. There was a continuous ridge vent.



**Photograph 28**
There were four circular-shaped areas of granule loss that measured as large as 1 1/4 inches in diameter.

